IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBIN RUDD,**

    *Plaintiff*,

v.                             Case No.: 4:21cv103-MW/MAF

**FOUNDATION RISK PARTNERS CORP.**
**and NATHAN MARKS,**

    *Defendants*.
_____/

**ORDER APPROVING JOINT SETTLEMENT**
**AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties jointly move this Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 18.

This Court has reviewed the proposed settlement, ECF No. 18-1, in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions. Defendant also agrees to pay Plaintiff's reasonable attorneys' fees and costs. While the parties do not explicitly state as much, it is implied that the attorney's fees and costs were negotiated separately. Plus, the attorney's fees are proportionate to Plaintiff's recovery. If, by contrast, it appeared to this Court that the fees were disproportionate to Plaintiff's recovery, this Court would set a hearing to ensure a fair resolution of

the case as it relates to Plaintiff. Because that is not the case here, this Court approves the Settlement and dismisses the case with prejudice.

For these reasons,

**IT IS ORDERED**:

1. Joint Motion for approval of Fair Labor Standards Act Settlement and dismissal with prejudice, ECF No. 18, is **GRANTED**.

2. The parties must comply with their settlement agreement.

3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The Clerk shall close the file.

**SO ORDERED on October 20, 2021.**

s/Mark E. Walker          
**Chief United States District Judge**