IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBIN RUDD,

    Plaintiff,

v.                                          CASE NO. 4:21cv103-MW/MAF

FOUNDATION RISK PARTNERS
CORP. and NATHAN MARKS,

    Defendants.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                      JESSICA J LYUBLANOVITS,
                                      CLERK OF COURT

October 20, 2021                                      *s/ Cindy Markley*
DATE                                                  DEPUTY CLERK: Cindy Markley